**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00673-CV

---

### IN RE DEREK CURTISS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-14048**

---

### MEMORANDUM OPINION

On September 19, 2022, relator Derek Curtiss filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Dawn Rogers, presiding judge of the 334th District Court of Harris County, to vacate orders granting a motion to strike an individual designated as a responsible third party and granting a motion for summary judgment on an affirmative defense of comparative negligence.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.